UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES", <br><br> Plaintiff, <br><br> v. <br><br> FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40, <br><br> Defendants. | Case No.: 2:12-CV-01020 WBS GGH <br><br><br> <u>ORDER RE: REQUEST TO CONTINUE HEARING ON MOTION TO DISMISS AND TO PERMIT OPPOSITION TO BE FILED ON OR BEFORE OCTOBER 2, 2012</u> |

----oo0oo----

     Plaintiffs' attorney has filed a request to continue the hearing on defendants' motion to dismiss currently scheduled for October 9, 2012, along with a request that the court permit him to file the opposition brief on or before October 2, 2012. The court has read both plaintiffs' request and defendants' opposition to the request.

     Plaintiffs' attorney has failed to comply with Local

1

Rule 230, which provides that "[o]pposition, if any, to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date." The Rule goes on to provide that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." L.R. 230(c).

The only explanation offered for plaintiffs' failure to timely file their opposition is that because of his trial schedule plaintiffs' attorney "simply did not have the time to draft and to file said opposition timely." (Pls.' Req. to Continue Hr'g at 2:6-7.) This explanation, tendered a week after the response was due, is insufficient.

IT IS THEREFORE ORDERED that plaintiffs' request for a continuance of the hearing currently scheduled for October 9, 2012 and for leave to file late opposition be, and the same hereby is, GRANTED. Plaintiffs' opposition to defendants' motion to dismiss shall be filed on or before October 2, 2012. Defendants' reply shall be filed on or before October 16, 2012. The hearing on the motion is continued to October 22, 2012, at 2:00 p.m. Pursuant to the provisions of Local Rule 230(c), counsel for plaintiffs will not be heard at the oral arguments on the motion.

DATED: October 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE