1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES", | CASE NO. 2:12-CV-01020-WBS-GGH |
| Plaintiffs, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| v. | Complaint Filed:   April 18, 2012<br>FAC Filed:   August 15, 2012 |
| FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40, | Trial Date:   July 16, 2013 |
| Defendants. | |

EAST\49613303.1

1  Defendants FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, and STEVEN EASON, and Plaintiffs THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES" (collectively, the "Parties") submitted a Joint Stipulated Protective Order for consideration. For good cause appearing therefore, the Joint Stipulated Protective Order of the Parties is hereby approved.

**Subject to the modifications set forth in the concurrently filed order, IT IS SO ORDERED.**

Dated: October 29, 2012          /s/ Gregory G. Hollows
                                 _____
                                   Hon. Gregory G. Hollows
                                   United States Magistrate Judge

EAST\49613303.1                          -1-