1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES", <br><br>  Plaintiffs, <br><br> v. <br><br> FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40, <br><br>  Defendants. | CASE NO. 2:12-CV-01020-WBS-GGH <br><br> **ORDER GRANTING STIPULATED PROTECTIVE ORDER** <br><br> Complaint Filed: April 18, 2012 <br> FAC Filed: August 15, 2012 <br><br> Trial Date: July 16, 2013 |

EAST\49613303.1

Defendants FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, and STEVEN EASON, and Plaintiffs THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES" (collectively, the "Parties") submitted a Joint Stipulated Protective Order for consideration.  For good cause appearing therefore, the Joint Stipulated Protective Order of the Parties is hereby approved.

**Subject to the modifications set forth in the concurrently filed order, IT IS SO ORDERED.**

Dated: October 29, 2012          /s/ Gregory G. Hollows
                                 _____
                                  Hon. Gregory G. Hollows
                                  United States Magistrate Judge

EAST\49613303.1                         -1-