IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JACKSON, et al.,

      Plaintiffs,                  No. 2:12-cv-1020 WBS GGH

   vs.

FARMERS INSURANCE EXCHANGE, et al.,      ORDER

      Defendants.

_____/

     This order modifies in part the protective order submitted by the parties on October 23, 2012, and filed concurrently with this order, particularly paragraph 10 of that order.

     The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 605 F.3d 665, 678 (9th Cir. 2010) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).

     Procedurally, the parties must comply with E. D. Local Rule 141.1 in addition to Rule 141, regarding the sealing of documents.

     IT IS SO ORDERED.

Dated: October 29, 2012

                        /s/ Gregory G. Hollows
               UNITED STATES MAGISTRATE JUDGE

GGH:076/Jackson1020.po.mod.wpd