IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JACKSON, et al.,

    Plaintiffs,                No. 2:12-cv-1020 WBS GGH

    vs.

FARMERS INSURANCE EXCHANGE, et al.,        ORDER

    Defendants.

_____/

        Presently scheduled on this court's calendar for December 6, 2012, is defendant's motion to compel discovery and for sanctions, filed November 12, 2012. Plaintiff filed an opposition and request for sanctions on November 29, 2012. Upon review of the parties' papers, not only does it appear that the parties failed to comply with E.D. Local Rule 251, they did not need to bring this dispute to court. This feud seemingly involves the non-delivery of responses. Instead of simply resolving the problem, if indeed there was a problem, the parties have made a mountain out of a mole hill. Therefore, the matter will be continued to allow the parties to follow the strict guidelines set forth in Rule 251 and file a proper joint statement, but only after meeting and conferring. If the parties proceed in having the matter heard based on the dispute presented thus far, the court will find that one or both parties are not substantially justified in their actions.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The hearing on defendants' motion to compel discovery responses and for sanctions, filed November 12, 2012, (dkt. no. 35), is continued from December 6, 2012 to December 20, 2012 at 10:00 a.m.

2. The parties shall meet and confer and file a joint statement in accordance with E.D. Local Rule 251, on or before December 13, 2012. Should the parties resolve this matter, they shall notify the court immediately.

Dated: December 3, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Jackson1020.cont.wpd