1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES", <br><br>              Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40,<br><br>              Defendants. | CASE NO.  2:12-CV-01020-WBS-GGH<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed:  April 18, 2012<br>FAC Filed:            August 15, 2012<br>SAC Filed:            November 15, 2012<br><br>Trial Date:             July 16, 2013 |
|---|---|

EAST\54730938.1

The Court, having read and considered the parties' STIPULATION TO MODIFY SCHEDULING ORDER, and good cause appearing, hereby orders as follows:

1. The deadline to disclose and file expert reports be continued from February 19, 2012 to March 8, 2013; and

2. The deadline to disclose and file rebuttal expert reports be continued from March 11, 2013 to March 22, 2013, with an agreement between the parties that any rebuttal experts be produced promptly for deposition prior to the discovery cut-off of April 1, 2013.

IT IS SO ORDERED.

Dated: January 30, 2013     /s/ Gregory G. Hollows
_____

Magistrate Judge, United States District Court

EAST\54730938.1                              1