# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES",<br><br>            Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40,<br><br>            Defendants. | CASE NO.  2:12-CV-01020-WBS-GGH<br><br>**ORDER GRANTING CONTINUANCE OF TRIAL DATE AND TRIAL RELATED DATES**<br><br>Complaint Filed: April 18, 2012<br>FAC Filed: August 15, 2012<br>SAC Filed: November 15, 2012<br>TAC Filed: February 7, 2013<br>Trial Date: July 16, 2013 |

EAST\55030911.1

The Court, having read and considered the parties' STIPULATION TO CONTINUE THE TRIAL DATE AND TRIAL RELATED DATES, and good cause appearing, hereby orders as follows:

1. The trial date in this matter is continued to **November 13, 2013 at 9:00 a.m**.;
2. The final pretrial conference date is continued to **September 16, 2013 at 2:00 p.m**.;
3. The motion cut-off date is continued to August 16, 2013;
4. The discovery cut-off date is continued to August 2, 2013;
5. The last day disclose rebuttal expert witnesses is continued to July 19, 2013; and
6. The last day to disclose expert witnesses is continued to June 21, 2013.

**IT IS SO ORDERED.**

Dated: February 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EAST\55030911.1                             1