UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES", | Civ. No.: 2:12-01020 WBS GGH |
| Plaintiffs, | ORDER RE: MOTION TO DISMISS |
| v. | |
| FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40, | |
| Defendants. | |

----oo0oo----

Defendants Bruce H. Bailey, James Gillis, and Steven Eason move to dismiss the second and third causes of action against them in the Third Amended Complaint ("TAC") for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docket No. 61. In their non-opposition to the motion, plaintiffs state that "the second and third cause of actions, grounded in contract(s)

1

between the corporate defendants and the plaintiffs, may be dismissed as to the individual defendants, only." (Docket No. 63.)

       IT IS THEREFORE ORDERED that the motion of defendants' Bailey, Gills, and Eason to dismiss be, and the same hereby is, GRANTED.  Plaintiffs' second and third claims as against defendants Bruce H. Bailey, James Gillis, and Steven Eason are hereby DISMISSED WITH PREJUDICE.

DATED:   March 20, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE