1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES",<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40,<br><br>Defendants. | CASE NO.  2:12-CV-01020-WBS-AC<br><br>**ORDER GRANTING STIPULATION REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  April 18, 2012<br>FAC Filed:  August 15, 2012<br>SAC Filed:  November 15, 2012<br>TAC Filed:  February 7, 2013<br>Trial Date:  November 13, 2013 |

EAST\55536401.1

1  The Court, having read and considered Defendants FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS and STEVEN EASON (collectively, "Defendants"), and Plaintiffs THOMAS JACKSON, EMMA JACKSON, and TJ AUTO BODY SERVICES, INC. dba TJ ENTERPRISES, INC.'s (collectively "Plaintiffs") STIPULATION REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii) filed concurrently herewith, and good cause appearing, hereby orders as follows:

This action and all claims asserted herein by Plaintiffs against Defendants shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 11, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EAST\55536401.1