UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC., dba "TJ ENTERPRISES",<br><br>    Plaintiffs,<br><br>  v.<br><br>FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40,<br><br>    Defendants. | CIV. NO. 2:12-1020 WBS AC |
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC., dba "TJ ENTERPRISES",<br><br>    Plaintiff,<br><br>  v.<br><br>FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, and STEVEN EASON,<br><br>    Defendants. | CIV. NO. 2:14-00250 LKK AC |

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule

1

123(a) because the actions involve the same parties and assert the same or similar causes of action.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Jackson v. Farmers Insurance Exchange, No. 2:12-cv-01020 WBS AC, and Jackson v. Farmers Insurance Exchange, No. 2:14-cv-00250 LKK AC, be, and the same hereby are, deemed related and the case denominated Jackson v. Farmers Insurance Exchange, No. 2:14-cv-00250 LKK AC, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Jackson v. Farmers Insurance Exchange, No. 2:14-cv-00250 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: July 21, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2